# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2012

144630

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

HILLSDALE COUNTY SENIOR SERVICES
CENTER, INC., ELLA ASARO, LYLE
GREEN, RUTH GREEN, DONELDA POTTS,
JOHN POTTS, and KERBY RUSHING,
      Plaintiffs-Appellants,

v

COUNTY OF HILLSDALE,
      Defendant-Appellee.

SC: 144630
COA: 301607
Hillsdale CC: 10-000703-CZ

_____/

On order of the Court, the application for leave to appeal the January 3, 2012 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address: (1) whether the Michigan Tax Tribunal has jurisdiction, pursuant to MCL 205.731, over the plaintiffs' claim for mandamus to enforce the terms of the August 2008 Hillsdale County millage that levied an additional .5 mill for funding the Hillsdale County Senior Services Center, Inc., and (2) whether a court has the constitutional authority to issue a writ of mandamus to compel a municipality to levy and spend taxes.

Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2012

                Clerk

t0918